### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | **CRIMINAL NO. 03-588** |
| : | |
| **ANTHONY DIMATTEO** : | |

### NOTICE OF APPEAL

    Anthony DiMatteo, defendant in the captioned matter, by his attorney, Mark Wilson, Assistant Defender, Federal Community Defender Office, hereby appeals to the United States Court of Appeals for the Third Circuit from of the Judgment of Conviction and sentence entered in the above captioned matter on March 10, 2006.

    Respectfully submitted,

    _____
    Mark Wilson
    Assistant Federal Defender

Date: _____

**CERTIFICATE OF SERVICE**

      I, Mark Wilson, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that a copy of the attached Notice of Appeal as been served upon and Arlene D. Fisk, Special Assistant United States Attorney by delivering a copy to her office located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106.

                                                            MARK WILSON

Date: _____